IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 06-30-GF-DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CRAIG WILLIAM FRAZIER, | |
| Defendant. | |

**FILED**
OCT 18 2017
Clerk, U.S District Court
District Of Montana
Missoula

An initial appearance on the petition to revoke Defendant Craig Frazier's supervised release was held on October 18, 2017.

IT IS ORDERED that Defendant is hereby released, subject to the same conditions of supervised release previously imposed by the Court.

DATED this 18th day of October, 2017.

Jeremiah C. Lynch
United States Magistrate Judge